# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BUILDERS WAREHOUSE, INC., a Nebraska corporation;**<br><br>      **Plaintiff/Counter-Defendant,**<br><br>  **vs.**<br><br>**PFC SERVICES, INC., a Georgia corporation; and PAUL BUMBLAUSKAS, an individual;**<br><br>      **Defendants/Counter-Claimants.** | **7:24CV5001**<br><br>**ORDER** |

      The Court held a discovery dispute conference by telephone with counsel for the parties on September 4, 2025. In advance of the conference, counsel submitted a Joint Position Statement regarding their disputes and supporting documents, attached to this Order. The Court's rulings were stated on the record during the call on September 4, 2025.

      For purposes of filing Objections to Magistrate Judge's Orders under NECivR 72.2(a), any party must do so within 14-days of this Order.

**IT IS SO ORDERED.**

Dated this 5th day of September, 2025.

                                                    BY THE COURT:

                                                    s/Michael D. Nelson<br>
                                                    United States Magistrate Judge