IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BUILDERS WAREHOUSE, INC.**, a Nebraska corporation;<br><br>**Plaintiff,**<br><br>vs.<br><br>**PFC SERVICES, INC.**, a Georgia corporation; and **PAUL BUMBLAUSKAS**, an individual;<br><br>**Defendants.** | 7:24CV5001<br><br>ORDER |

This matter comes before the Court following a telephone conference held with counsel for the parties on October 1, 2025, regarding Defendants' objections to Plaintiff's Notice of Rule 30(b)(6) Deposition directed to a non-party, Wehrung's Lumber & Home Center. The Court has attached to this Order the Rule 30(b)(6) Deposition Notice, Defense Counsel's Letter outlining Defendants' objections, and Plaintiff's counsel's Letter in response. The Court also considered the parties' arguments and positions outlined in Issue #5 in their previous Joint Position Statement (Filing No. 98-1) raised in advance of the previous telephonic discovery dispute conference. The Court's rulings on Defendants' objections were stated on the record during the October 1 call.

Dated this 1st day of October, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge