## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BUILDERS WAREHOUSE, INC., a Nebraska corporation;**<br><br>          **Plaintiff,**<br><br>     **vs.**<br><br>**PFC SERVICES, INC., a Georgia corporation; and PAUL BUMBLAUSKAS, an individual;**<br><br>          **Defendants.** | **7:24CV5001**<br><br>**ORDER** |

The parties have settled the claims in this matter following the settlement conference held with the undersigned magistrate judge on June 26, 2026.  Accordingly,

**IT IS ORDERED:**

1.  On or before **July 27, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 26th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge