IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUILDERS WAREHOUSE, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PFC SERVICES, INC., a Georgia corporation; and PAUL BUMBLAUSKAS, an individual;<br><br>Defendants. | **7:24CV5001**<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 201). Having considered the matter, the Court will accept the joint stipulation.

Accordingly,

**IT IS ORDERED** that this case, including each and every claim and counterclaim, is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 28th day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge